LAW OFFICES OF
# KOFFSKY & FELSEN, LLC

1261 POST ROAD, SUITE 202B
FAIRFIELD, CONNECTICUT 06824
(203) 327-1500
FACSIMILE (203) 327-7660
www.koffskyfelsen.com

BRUCE D. KOFFSKY
AUDREY A. FELSEN

777 WESTCHESTER AVENUE
SUITE 101
WHITE PLAINS, NY 10604
(800) 637-3363

MEMO ENDORSED

July 27, 2023

**Via ECF and Email**

The Honorable Kenneth M. Karas
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   **United States v. Patrick Chellel**
      Case No.: 7:21-cr-00441-KMK

Dear Judge Karas:

The undersigned is appointed counsel for Mr. Patrick Chellel in the above matter. Mr. Chellel was to have filed any relevant substantive motions by July 24, 2023, and he is currently scheduled to appear before the Court on Tuesday, August 1, 2023 for a status conference. The undersigned respectfully requests that the Court continue the date for the filing of motions (nunc pro tunc) and reschedule the status conference for a time convenient to the Court, the last week of August. The reason for this request is that the undersigned has been in discussion with the government to resolve Mr. Chellel's matter short of trial and needs additional time to discuss the particulars with the defendant.

I have discussed this request with A.U.S.A. Nicholas Bradley who indicates that the government has no objection to the granting of this request. I have also discussed the above request with Attorney Michael Burke, who represents defendant Onitayo Are, and who also does not object to the undersigned's request. Defendant Indigo Grant currently appears to be unrepresented, and as such, no attempt has been made to communicate with defendant Grant.

Thank you for your kind consideration.

Respectfully submitted,

/s/ *Bruce D. Koffsky*
Bruce D. Koffsky

BDK/me
cc:   All Counsel of Record (via ECF)

*Granted. The conference is adjourned to 9/13/23, at 11:30 Time is excluded until then, in the interests of justice, to allow the Parties to explore a resolution of this case. The interests of justice from this exclusion outweigh Defendant's and the public's interests in a speedy trial. See 18 U.S.C. Section 3161(h)(7)(A).*

So Ordered.
7/27/232