LAW OFFICES OF
# KOFFSKY & FELSEN, LLC

BRUCE D. KOFFSKY
AUDREY A. FELSEN

1261 POST ROAD, SUITE 2028
FAIRFIELD, CONNECTICUT 06824
(203) 327-1500
FACSIMILE (203) 327-7660
www.koffskyfelsen.com

777 WESTCHESTER AVENUE
SUITE 101
WHITE PLAINS, NY 10604
(800) 637-3363

February 15, 2024

**Via ECF**

The Honorable Kenneth M. Karas
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

> **RE:** **United States v. Patrick Chellel**
> **Case No.: 7:21CR00441 (KMK)**

Dear Judge Karas:

The undersigned has been appointed to represent Mr. Patrick Chellel in the above-captioned matter. Mr. Chellel is currently scheduled to be sentenced before the Court on February 27, 2024. I respectfully request that the Court adjourn the defendant's sentencing to March 28, 2024 at 2:00 p.m., or a date thereafter convenient for the court. I make this request because I have just concluded a six-week trial in the matter of U.S. v. Malik Bayon, Case No.: 3:21CR156 (KAD) in the District of Connecticut and I have not had sufficient time or opportunity to prepare for the defendant's sentencing as currently scheduled.

I have discussed this application with AUSA Nicholas Bradley who has informed me that the government has no objection to this request.

For the above stated reasons, I respectfully request that the Court adjourn the defendant's sentencing.

Granted.

So Ordered.
*[signature]*
2/15/24

Respectfully submitted,

_/s/ *Bruce D. Koffsky*_

BDK/ls
cc: Government Counsel