LAW OFFICES OF

# KOFFSKY & FELSEN, LLC

1261 POST ROAD, SUITE 202B
FAIRFIELD, CONNECTICUT 06824
(203) 327-1500
FACSIMILE (203) 327-7660
www.koffskyfelsen.com

BRUCE D. KOFFSKY
AUDREY A. FELSEN

777 WESTCHESTER AVENUE
SUITE 101
WHITE PLAINS, NY 10604
(800) 637-3363

May 30, 2024

**Via ECF and Email**

The Honorable Kenneth M. Karas
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**Re:**     **United States v. Patrick Chellel**
         Case No.: 7:21-cr-00441-KMK

Dear Judge Karas:

      The undersigned is appointed counsel for Mr. Patrick Chellel in the above matter and Mr. Chellel is currently scheduled to be sentenced by the Court on June 12, 2024. Owing to the Court's filing deadlines, the undersigned's memorandum in support of sentencing was to filed by tomorrow. Unfortunately, the undersigned has been on trial since the beginning of the month in an Eastern District racketeering/murder matter entitled U.S. v. Maliek Miller, 1:20cr331 (LDH), and has been unable to complete the memorandum for the Court. The undersigned respectfully requests permission of the Court to file the defendant's sentencing memorandum by June 2, 2024.

      The undersigned has spoken with AUSA Nicholas Bradley who indicates that the government has no objection to the above request but similarly requests permission to file the government's memorandum by June 7, 2024.

Thank you for your kind consideration.

Granted.
So Ordered.
5/31/24

Respectfully submitted,

__/s/ *Bruce D. Koffsky*___
Bruce D. Koffsky

BDK/me
cc:     All Counsel of Record (via ECF)