LAW OFFICES OF
# KOFFSKY & FELSEN, LLC
1261 POST ROAD, SUITE 202B
FAIRFIELD, CONNECTICUT 06824
(203) 327-1500
FACSIMILE (203) 327-7660
www.koffskyfelsen.com

BRUCE D. KOFFSKY
AUDREY A. FELSEN

777 WESTCHESTER AVENUE
SUITE 101
WHITE PLAINS, NY 10604
(800) 637-3363

May 31, 2024

**Via ECF**

The Honorable Kenneth M. Karas
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

RE:   United States v. Patrick Chellel
      Case No.: 7:21CR00441 (KMK)

Dear Judge Karas:

The undersigned has been appointed to represent Mr. Patrick Chellel in the above-captioned matter. Mr. Chellel is currently scheduled to be sentenced before the Court on June 12, 2024. I respectfully request that the Court adjourn the defendant's sentencing to July 17, 2024, at 11:00 a.m., or a date thereafter convenient for the court.

I have discussed this application with AUSA Nicholas Bradley who has informed me that the government has no objection to this request.

For the above stated reasons, I respectfully request that the Court adjourn the defendant's sentencing.

Granted.

Sentence is adjourned to 7/22/24, at 11:00

So Ordered.
5/31/24

Respectfully submitted,

/s/ Bruce D. Koffsky

BDK/ls
cc: Government Counsel